IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANCE E. SMITH, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 11-3209 |

## ORDER

AND NOW, this 13 day of September, 2012, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, Plaintiff's reply, and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that: *and no objection having been filed*

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The case is **REMANDED** to the Commissioner of the Social Security Administration so that the Administrative Law Judge ("ALJ") can conduct additional proceedings consistent with the Report and Recommendation. Specifically, upon remand, the ALJ shall ask a vocational expert hypothetical questions which contain all of Plaintiff's record-supported impairments, including her mild limitation in social functioning, to determine whether Plaintiff can perform her past work as a customer service representative/telephone quotation clerk.

It is so **ORDERED**.

BY THE COURT:

WILLIAM H. YOHN, JR., J.